JOSEPH FARRELL, *ET AL.* v.
RELIANCE ELECTRIC & ENGINEERING CO., *ET AL.*

May 2, 1972. Petition for certification granted.

ROBERT F. CATTO, AN INFANT, BY HIS GUARDIAN *AD LITEM*, *ET AL.* v. HOWARD A. SCHNEPP, *ET AL.* v. MAX BARBER, *ET AL.*

May 2, 1972. Petitions for certification granted.

STATE OF NEW JERSEY v. GEORGE MONROE.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JONES, JR.

May 2, 1972. Petition for certification denied.

BEATRICE Mc MULLEN, *ET AL.* v. AMERICAN CYANAMID CO.

May 2, 1972. Petition for certification denied.

DORIS MISKAR v. PRECISION FORMS, INC.

May 2, 1972. Petition for certification denied.